Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA  90067
Phone: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                          Plaintiff,<br><br>vs.<br><br>JOHN DOE infringer identified as using IP address 47.150.2.180  ,<br><br>                          Defendant. | Case Number: 5:20-cv-00942-TJH-SP<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT**<br><br>[Memorandum of Points and Authorities, Declaration of Lincoln D. Bandlow and Proposed Default Judgment and Permanent Injunction Against Defendant filed concurrently herewith]<br><br>Hearing:<br>Date:  November 1, 2021<br>Time: [Under Submission]<br>Place: Courtroom #9B<br>Judge: Hon. Terry J. Hatter Jr. |

PLEASE TAKE NOTICE that on November 1, 2021 before the Honorable Terry J. Hatter Jr., Plaintiff Strike 3 Holdings, LLC ("Plaintiff") will and hereby does move for default judgment against Defendant.  This Motion will be based on the following:

1.      On April 30, 2020, Plaintiff filed its Complaint in this action.

2.      On December 3, 2020, Defendant was personally served with the Summons and Complaint.

3.      Defendant has failed to plead or otherwise defend himself against Plaintiff's Complaint.

4.      On April 8, 2021, Plaintiff filed and served a request that the Court enter Defendant's default pursuant to Fed. R. Civ. P. 55(a).

5.      Default was entered as to Defendant REDACTED on April 9, 2021.

6.      Defendant is not a minor or an otherwise incompetent person.  *See* concurrently-filed Declaration of Lincoln D. Bandlow in Support of Motion for Default Judgment Against Defendant ("Bandlow Decl.").

7.      This Motion is based on the allegations in Plaintiff's Complaint. Defendant has admitted all of the facts alleged therein by failing to plead or otherwise respond to the Complaint.  Indeed, once default is entered, the factual allegations of the complaint are taken as true, except for those allegations relating to damages.  *See TeleVideo*, 826 F.2d at 917-18 (9th Cir. 1987).

This Motion is further based on the facts attested to in the Bandlow Decl.; the Memorandum of Points and Authorities in Support of Motion for Default Judgment filed concurrently herewith; all pleadings and evidence on file in this matter; and such additional evidence or arguments as may be accepted by the Court.  These materials are sufficient to justify the requested relief.

Because Defendant is not represented by counsel and has failed to respond to this action after having been served with process, Plaintiff was unable to confer regarding the relief requested in the Motion. *See* Declaration of Lincoln Bandlow.

DATED this 29th day of September, 2021.

**Law Offices of Lincoln Bandlow, PC**

*s/ Lincoln D. Bandlow*
Lincoln D. Bandlow
Attorneys for Plaintiff
Strike 3 Holdings, LLC

2